STEVEN J. EYRE, CB# 119714
3550 WILSHIRE BOULEVARD, SUITE 420
LOS ANGELES, CALIFORNIA 90010
(213) 814-4416
fax (213) 985-2159
stevenjeyre@gmail.com

Attorney for plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

321 North Spring Street, Los Angeles, CA 90012

| | |
|---|---|
| AGUSTIN RAMIREZ, ANTHONY RAMIREZ, AGUSTIN RAMIREZ, JR., <br><br> Plaintiffs, <br><br> -vs.- <br><br> VICENTE MARTINEZ, ANGEL JUAREZ, JUAN MANUEL NAVARRO, DOES 1-10, <br><br> Defendants. | **No. 5:17-cv-02211 FMO (GJSx)** <br><br> **STIPULATED JUDGMENT AND PERMANENT INJUNCTION** |

   Plaintiffs Agustin Ramirez, Anthony Ramirez and Agustin Ramirez, Jr., filed their Complaint herein on October 27, 2017 for federal trademark infringement and unfair competition under 15 U.S.C. § 1125(a)(1)(A), for dilution under 15 U.S.C. § 1125(c), for commercial disparagement under 15 U.S.C. § 1125(a)(1)(B), for counterfeiting a federally registered mark, for unfair competition, for common law interference with prospective business advantage,

-1-
**STIPULATED JUDGMENT AND PERMANENT INJUNCTION**

accounting and injunctive relief ("this Action").

Defendant ANGEL JUAREZ agrees and accepts that a Stipulated Judgment and Permanent Injunction (hereinafter, "Judgment") should be entered by the United States District Court for the Central District of California ("the Court") in this Action as set forth in Exhibit 1 hereto, and therefore enters into this Stipulation for Entry of Judgment and Permanent Injunction (hereinafter, "this Stipulation") and Settlement Agreement and Mutual Release ("Settlement") with Plaintiffs with respect to the settlement of this Action without adjudication of any issue of fact or law.

THEREFORE, based upon the stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED as to defendant Angel Juarez only as follows:

## **FINDINGS**

1. This Court has jurisdiction over the claims brought by plaintiffs under 28 U.S.C. §§ 1331 and 1138(a), and under 15 U.S.C. § 1125(a)(1)(A), 15 U.S.C. § 1125(a)(1)(B) and 15 U.S.C. § 1125(c), for cancellation of a federal trademark, as well as over plaintiff's supplemental state law claims, as provided under 28 U.S.C. § 1367. The Court has jurisdiction over the parties.

2. Venue in the Central District of California, United States District Court ("this federal district") is proper.

3. Plaintiffs' Complaint in this action states claims for which relief can be granted.

4. Plaintiffs Agustin Ramirez, Anthony Ramirez and Agustin Ramirez, Jr. are the owners of the "Los Caminantes" mark with respect to goods, namely sound recordings, and services, namely the live performances of a musical group.

5. Plaintiffs are the owners of the registration of the LOS CAMINANTES mark with the United States Patent and Trademark Office ("USPTO"), Reg. No. 4,410,019.

6. Defendant Angel Juarez has no ownership interest, right or claim to the the LOS CAMINANTES mark.

7. The parties have entered into the Stipulation freely and without coercion.

8. The parties have acknowledge having reviewed the provisions of the Stipulation as well as this Judgment, and their willingness to abide by their provisions.

9. The parties have stipulated that this Judgment may be entered as set forth below without the taking of evidence, and without trial before the judge or jury, and to resolve all matters of dispute among the parties who have participated in this civil action.

10. Each party to the Stipulation has waived any right to take an appeal from this Judgment.

11. Each party to the Stipulation has agreed that such party does not, and will not, oppose entry of the Judgment and Permanent Injunction on the grounds that it fails to comply with Rule 65(d) of the Federal Rules of Civil Procedure.

12. Each party to the Stipulation has agreed to bear such party's own costs of suit and attorney's fees incurred in connection with this Action, any and all related settlement procedures, the Stipulation, and any and all actions set forth under the Settlement, unless otherwise expressly indicated in the Stipulation or in the Settlement.

## **ORDER**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties hereto.

2. Judgment is hereby entered in favor plaintiffs Agustin Ramirez, Anthony Ramirez and Agustin Ramirez, Jr. and against defendant Angel Juarez on all causes of action of the Complaint.

3. Defendant Angel Juarez, his respective officers, agents, servants and employees, and those persons in active concert or participation with any of the foregoing who receive actual notice of this Order by personal service or otherwise are hereby PERMANENTLY ENJOINED AND RESTRAINED from engaging in or performing any of the following acts:

a. Using the mark LOS CAMINANTES, the name "Los Caminantes," the Stylized Los Caminantes Logo, to wit:



or any colorable imitation or confusingly similar name, logo or identification, including without limitation the word "Caminantes" or the Stylized Los Caminantes Logo, whether by itself or combined with other terms, such as "Internacionales," "de Guanajuato para el Mundo," or the name or initials of any person, including without limitation so-called "tribute" bands that use the name "Los Caminantes" in the sale, marketing, advertising or representation of their musical group, in connection with advertising or promoting of musical services or products of defendant or any of third parties;

b. Using the mark LOS CAMINANTES, the name "Los Caminantes," the Stylized Los Caminantes Logo, or any colorable imitation or confusingly similar name, logo or identification, including without limitation the word "Caminantes," in any manner for the purpose of enhancing the commercial value of the musical services or products of defendant or defendant's musical group, or any person in active concert or participation with defendant;

c. Contacting promoters, advertisers or other business for the purposes of offering the musical services or products of defendant or any third party in connection with the mark LOS CAMINANTES, the name "Los Caminantes," the

Stylized Los Caminantes Logo, or any colorable imitation or confusingly similar name, logo or identification, including without limitation the word "Caminantes," whether by itself or combined with other terms, such as "Internacionales," "de Guanajuato para el Mundo," or the name of any individual, including any so-called "tribute" bands that use the name "Los Caminantes", or any colorable imitation or confusingly similar name, logo or identification, including without limitation the word "Caminantes."

4. The Court shall have continuing jurisdiction over this Stipulation and the Judgment to enforce the terms of the same and for applications for contempt or any other related matter.

5. Each party shall be entitled to conduct post-judgment discovery for the purpose of determining compliance and enforcing the terms of the Stipulation, the Settlement and this Judgment.

6. Although the parties may be provided a copy of this Judgment in Spanish, the version that shall be used for the interpretation and enforcement of this Judgment shall be the English version.

7. Pursuant to the terms of the Stipulation, Service of this Judgment on the attorney for Angel Juarez shall constitute service on defendant individually.

IT IS SO ORDERED.

Dated: August 19, 2019

/s/
HON. FERNANDO M. OLGUIN
United States District Judge